

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-14-00011-CV

J. Felix **GONZALEZ-LIMON**,
Appellant

v.

Ruth **GONZALEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06392
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court